UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                CASE NO. 8:10-CV-2859-T-27MAP

ROBERT L. BUCKHANNON, et al.,

    Defendants.
_____/

### ORDER

Pursuant to the order (Dkt. 90) granting Plaintiff's motion to set civil penalties, it is ORDERED and ADJUDGED that

GREGORY D. TINDALL is liable for a civil penalty in the amount of $1,610,000 pursuant to Section 21(d) of the Exchange Act, 15 U.S.C. § 78u(d) and Section 209(e) of the Advisers Act, 15 U.S.C. § 80b-9(e). The total amount, $1,610,000, shall be due and payable within ten days of entry of the Final Judgment.

Tindall may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Tindall may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

        Enterprise Services Center
        Accounts Receivable Branch
        6500 South MacArthur Boulevard
        Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this

Court; Gregory D. Tindall as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Tindall shall simultaneously transmit photocopies of such payment and letter to Edward D. McCutcheon, Esq., U.S. Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131. Tindall shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

Tindall shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to any civil penalty amounts that Tindall pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Tindall further shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that Tindall pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

The clerk is directed to ENTER JUDGMENT as set forth above and to CLOSE the file.

**DONE AND ORDERED** this 24th day of September, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Unrepresented parties